# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CV29-MU

| | |
|---|---|
| **PHILLIP ANTWAN DAVIS,** ) | |
|        **Petitioner,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MARVIN POLK, Warden,** ) | |
| **Central Prison** ) | |
| **Raleigh, North Carolina** ) | |
|        **Respondent.** ) | |

This matter is before the Court pursuant to Rule 5 of the Federal Rules of Procedure governing proceedings under 28 U.S.C. § 2254. Petitioner filed a Petition for Writ of Habeas Corpus on February 9, 2005. [Doc. 2]

IT IS HEREBY ORDERED THAT:

1. Respondent file an Answer to the Petition no later than 30 days from the date of entry of this Order; and

2. Respondent mail a courtesy copy of the Answer to:

    Mary Frasche
    Death Penalty Law Clerk
    c/o Office of the Clerk of Court
    401 W. Trade Street
    Charlotte, NC 28202

**Signed: May 11, 2005**

Graham C. Mullen
Chief United States District Judge