# United States District Court
# For The Western District of North Carolina
# Asheville Division

PHILLIP ANTWAN DAVIS,

   Petitioner,

vs.

MARVIN POLK, Warden,
Central Prison, Raleigh, NC,

   Respondent.

JUDGMENT IN A CIVIL CASE

1:05cv29

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2007 Order.

September 28, 2007

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*
   Elizabeth J. Barton, Deputy Clerk